| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Sunita N. Sood 152066**<br>**2107 North Broadway, Suite 306**<br>**Santa Ana, CA 92706-2634**<br>**(714) 480-1600 Fax: (714) 480-1610**<br>**152066 CA**<br>**sunitansood@hotmail.com**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | FOR COURT USE ONLY |
|---|---|

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Veronica Chichipa Gallardo**<br>**Ricardo Arturo Sanchez**<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7**<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (Check only ONE box below):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

   ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: **May 20, 2018**     **Veronica Chichipa Gallardo**     _/s/ Veronica Gallardo_
                            Printed name of Debtor 1          Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                              F 1002-1.EMP.INCOME.DEC

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (Check only ONE box below):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: May 20, 2018    Ricardo Arturo Sanchez    */s/ Ricardo A Sanchez/*
                                    Printed name of Debtor 2    Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015    Page 2    F 1002-1.EMP.INCOME.DEC

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| VUS | 034066 | 129907 | 2416 | |

Page 1(Con't Next Page)  721-0053

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement

Period Beginning: 06/10/2018
Period Ending: 06/23/2018
Pay Date: 06/29/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CA: 0

VERONICA CHICHIPA
5800 HAMNER AVE #468
EASTVALE CA 91752

Social Security Number: XXX-XX-2363

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 72.00 | 882.00 | 931.00 |
| Overtime | 18.3750 | 1.42 | 26.09 | 26.09 |
| Imputed | | | 0.42 | 0.42 |
| Shft Pay O/T @ | 0.7535 | 1.42 | 1.07 | 1.07 |
| Shift Pay @ | 0.5000 | 72.00 | 36.00 | 38.00 |
| **Gross Pay** | | | **$945.58** | 996.58 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -41.56 | 41.56 |
| | Social Security Tax | -53.32 | 56.48 |
| | Medicare Tax | -12.47 | 13.21 |
| | CA State Income Tax | -8.38 | 8.38 |
| | CA SUI/SDI Tax | -8.60 | 9.11 |
| | Other | | |
| | Accident Ins | -6.21 | 6.21 |
| | Critic Illness | -5.05 | 5.05 |
| | Grp Legal Plan | -7.02 | 7.02 |
| | Imputed | -0.42 | 0.42 |
| | Pre-Tax Dental | -3.23* | 3.23 |
| | Pre-Tax Medical | -43.38* | 43.38 |
| | Pre-Tax Vision | -4.15* | 4.15 |
| | Sec 125 Health | -35.00* | 35.00 |
| | Slifcd | -0.70 | 0.70 |
| | Slifee | -2.22 | 2.22 |
| | Slifsp | -0.48 | 0.48 |
| | Supp Ad/D | -3.30 | 3.30 |
| **Net Pay** | | | **$710.09** |

| Other | this period | year to date |
|---|---|---|
| Checking Dep. | -710.09 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages
Your federal taxable wages this period are $859.82

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.04 | 0.08 |
| Personal | 17.40 | |
| Reg Ot Dt Hrs | 73.42 | |
| Vacation | 3.10 | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

O/T PREMIUM IS PAY FOR WORK PERFORMED DURING THE
PERIOD STATED IN THE "CORRECTION" LINE

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY
DUE TO CALCULATION METHOD AND ROUNDING.

ACCRUAL BALANCES DISPLAYED MAY VARY SLIGHTLY
FROM ACTUAL. PLEASE VIEW MYTIME FOR EXACT
INFORMATION

© 2000 ADP LLC

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000270844
Pay date: 06/29/2018

Deposited to the account of
VERONICA CHICHIPA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx6029 | xxxx xxxx | $710.09 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO | FILE | DEPT | CLOCK | VCHR NO |
|---|---|---|---|---|
| VUS | 027322 | 129904 | 2416 | 000063929 |

1111-0053

# Earnings Statement

**ADP**

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 04/01/2018
Period Ending: 04/14/2018
Pay Date: 04/20/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CA: 0

RICARDO A SANCHEZ
5800 HAMNER AVE SPC 468
EASTVALE CA 91752

Social Security Number: XXX-XX-6499

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 43.55 | 533.49 | 533.49 |
| Overtime | 18.3750 | .25 | 4.59 | 4.59 |
| Shft Pay O/T@ | 0.7600 | .25 | 0.19 | 0.19 |
| Shift Pay @ | 0.5001 | 43.55 | 21.78 | 21.78 |
| **Gross Pay** | | | **$560.05** | 560.05 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -11.58 | 11.58 |
| | Social Security Tax | -34.73 | 34.73 |
| | Medicare Tax | -8.12 | 8.12 |
| | CA State Income Tax | -4.37 | 4.37 |
| | CA SUI/SDI Tax | -5.60 | 5.60 |
| **Net Pay** | | | **$495.65** |
| | Savings Deposit | -495.65 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $560.05

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.06 | 0.06 |
| Personal | 13.70 | |
| Reg Ot Dt Hrs | 43.80 | |
| Vacation | 1.55 | |

### Important Notes

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

O/T PREMIUM IS PAY FOR WORK PERFORMED DURING THE PERIOD STATED IN THE "CORRECTION" LINE

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

ACCRUAL BALANCES DISPLAYED MAY VARY SLIGHTLY FROM ACTUAL. PLEASE VIEW MYTIME FOR EXACT INFORMATION

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

© 2000 ADP LLC

---

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000169128
Pay date: 04/20/2018

Deposited to the account of
RICARDO A SANCHEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5551 | XXXX XXXX | $495.65 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| VUS | 027322 | 129904 | 2416 | 00000189695 | 1 |

1747-0053

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning:  04/15/2018
Period Ending:     04/28/2018
Pay Date:          05/04/2018

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  0
  CA:       0

RICARDO A SANCHEZ
5800 HAMNER AVE SPC 468
EASTVALE CA 91752

Social Security Number: XXX-XX-6499

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 72.00 | 882.00 | 1,415.49 |
| Overtime | 18.3750 | .90 | 16.54 | 21.13 |
| Personal Time | 12.2500 | 8.00 | 98.00 | 98.00 |
| Shft Pay O/T@ | 0.7556 | .90 | 0.68 | 0.87 |
| Shift Pay @ | 0.5000 | 80.00 | 40.00 | 61.78 |
| **Gross Pay** | | | **$1,037.22** | 1,597.27 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -59.30 | 70.88 |
| | Social Security Tax | -64.31 | 99.04 |
| | Medicare Tax | -15.04 | 23.16 |
| | CA State Income Tax | -12.28 | 16.65 |
| | CA SUI/SDI Tax | -10.37 | 15.97 |
| **Net Pay** | | **$875.92** | |
| | Savings Deposit | -875.92 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.06 | 0.12 |
| Personal | 9.40 | |
| Reg Ot Dt Hrs | 72.90 | |
| Vacation | 3.10 | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

O/T PREMIUM IS PAY FOR WORK PERFORMED DURING THE PERIOD STATED IN THE "CORRECTION" LINE

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

ACCRUAL BALANCES DISPLAYED MAY VARY SLIGHTLY FROM ACTUAL. PLEASE VIEW MYTIME FOR EXACT INFORMATION

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

Your federal taxable wages this period are $1,037.22

© 2000 ADP, LLC

---

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Deposited to the account of
RICARDO A SANCHEZ

Advice number:  00000189695
Pay date:       05/04/2018

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx1 | xxxx xxxx | $875.92 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | | |
|---|---|---|---|---|---|---|
| VUS | 027322 | 129904 | 2416 | | | |

Page 2                                            2227-0053

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

## Earnings Statement

ADP

Period Beginning: 04/29/2018
Period Ending:    05/12/2018
Pay Date:         05/18/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CA:      0

RICARDO A SANCHEZ
5800 HAMNER AVE SPC 468
EASTVALE CA 91752

Social Security Number: XXX-XX-6499

VARIABLE COMP CALC
PERIOD: APRIL 2018

| EARNINGS | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REG | 131.55 | 0.8925 | 117.41 |
| O/T | 2.56 | 1.3388 | 3.43 |
| D/T | 0.00 | 0.0000 | 0.00 |
| **TOTAL** | | | 120.84 |

© 2000 ADP, LLC

CONTINUED FROM PRIOR PAGE
YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR NO |
|---|---|---|---|---|
| VUS | 027322 | 129904 | 2416 | |

Page 1 (Con't Next Page)    2227-0053

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement

ADP

Period Beginning: 04/29/2018
Period Ending: 05/12/2018
Pay Date: 05/18/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CA: 0

RICARDO A SANCHEZ
5800 HAMNER AVE SPC 468
EASTVALE CA 91752

Social Security Number: XXX-XX-6499

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 80.00 | 980.00 | 2,395.49 |
| Overtime | 18.3750 | 18.93 | 347.84 | 368.97 |
| Shft Pay O/T@ | 0.7501 | 18.93 | 14.20 | 15.07 |
| Shift Pay @ | 0.5000 | 80.00 | 40.00 | 101.78 |
| Variable Comp | | | 120.84 | 120.84 |
| Personal Time | | | | 98.00 |
| **Gross Pay** | | | **$1,502.88** | 3,100.15 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.06 | 0.18 |
| Personal | 13.10 | |
| Reg Ot Dt Hrs | 98.93 | |
| Vacation | 4.65 | |
| Vcp % | 7.00 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

O/T PREMIUM IS PAY FOR WORK PERFORMED DURING THE PERIOD STATED IN THE "CORRECTION" LINE

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

ACCRUAL BALANCES DISPLAYED MAY VARY SLIGHTLY FROM ACTUAL. PLEASE VIEW MYTIME FOR EXACT INFORMATION

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -112.38 | 183.26 |
| | Social Security Tax | -93.18 | 192.22 |
| | Medicare Tax | -21.79 | 44.95 |
| | CA State Income Tax | -22.52 | 39.17 |
| | CA SUI/SDI Tax | -15.03 | 31.00 |
| **Net Pay** | | **$1,237.98** | |
| Savings Deposit | | -1,237.98 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,502.88

© 2000 ADP, LLC

---

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000210017
Pay date: 05/18/2018

Deposited to the account of
RICARDO A SANCHEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5551 | XXXX XXXX | $1,237.98 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| VUS | 027322 | 129904 | 2416 | 0000234306 | 1 |

2810-0053

# Earnings Statement

**ADP**

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Period Beginning: 05/13/2018
Period Ending: 05/26/2018
Pay Date: 06/01/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CA: 0

RICARDO A SANCHEZ
5800 HAMNER AVE SPC 468
EASTVALE CA 91752

Social Security Number: XXX-XX-6499

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 80.00 | 980.00 | 3,375.49 |
| Overtime | 18.3750 | 17.10 | 314.21 | 683.18 |
| Shft Pay O/T@ | 0.7503 | 17.10 | 12.83 | 27.90 |
| Shift Pay @ | 0.5000 | 80.00 | 40.00 | 141.78 |
| Personal Time | | | | 98.00 |
| Variable Comp | | | | 120.84 |
| **Gross Pay** | | | **$1,347.04** | 4,447.19 |

Your federal taxable wages this period are $1,238.70

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.06 | 0.24 |
| Personal | 16.80 | |
| Reg Ot Dt Hrs | 97.10 | |
| Vacation | 6.20 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

O/T PREMIUM IS PAY FOR WORK PERFORMED DURING THE PERIOD STATED IN THE "CORRECTION" LINE

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

ACCRUAL BALANCES DISPLAYED MAY VARY SLIGHTLY FROM ACTUAL. PLEASE VIEW MYTIME FOR EXACT INFORMATION

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -80.67 | 263.93 | |
| Social Security Tax | -80.14 | 272.36 | |
| Medicare Tax | -18.75 | 63.70 | |
| CA State Income Tax | -16.71 | 55.88 | |
| CA SUI/SDI Tax | -12.93 | 43.93 | |
| **Other** | | | |
| Pre-Tax Dental | -37.84* | 37.84 | |
| Pre-Tax Vision | -16.62* | 16.62 | |
| Slifee | -6.52 | 6.52 | |
| Supp Ad/D | -2.64 | 2.64 | |
| 401K | -53.88* | 53.88 | |
| **Net Pay** | | **$1,020.34** | |
| Savings Deposit | -1,020.34 | | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000234306
Pay date: 06/01/2018

Deposited to the account of
RICARDO A SANCHEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5551 | xxxx xxxx | $1,020.34 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

| CO/VUS | FILE | DEPT | CLOCK | | |
|---|---|---|---|---|---|
| | 027322 | 129904 | 2416 | 0000250562 | 1 |

3222-0053

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

## Earnings Statement 

Period Beginning: 05/27/2018
Period Ending: 06/09/2018
Pay Date: 06/15/2018

Taxable Marital Status: Married
Exemptions/Allowances:
　Federal: 0
　CA: 0

RICARDO A SANCHEZ
5800 HAMNER AVE SPC 468
EASTVALE CA 91752

Social Security Number: XXX-XX-6499

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 71.05 | 870.36 | 4,245.85 |
| Overtime | 18.3750 | 27.53 | 505.86 | 1,189.04 |
| Holiday | 12.2500 | 8.00 | 98.00 | 98.00 |
| Holiday O/T | 18.3750 | 8.95 | 164.46 | 164.46 |
| Shft Hol O/T@ | 0.7497 | 8.95 | 6.71 | 6.71 |
| Shft Pay O/T@ | 0.7501 | 27.53 | 20.65 | 48.55 |
| Shift Pay @ | 0.5001 | 79.05 | 39.53 | 181.31 |
| Personal Time | | | | 98.00 |
| Variable Comp | | | | 120.84 |
| **Gross Pay** | | | **$1,705.57** | 6,152.76 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,610.12

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.06 | 0.30 |
| Personal | 20.50 | |
| Reg Ot Dt Hrs | 107.53 | |
| Vacation | 7.75 | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -125.24 | 389.17 | |
| Social Security Tax | -104.06 | 376.42 | |
| Medicare Tax | -24.33 | 88.03 | |
| CA State Income Tax | -24.88 | 80.76 | |
| CA SUI/SDI Tax | -16.78 | 60.71 | |
| **Other** | | | |
| Pre-Tax Dental | -18.92* | 56.76 | |
| Pre-Tax Vision | -8.31* | 24.93 | |
| Slifee | -3.26 | 9.78 | |
| Supp Ad/D | -1.32 | 3.96 | |
| 401K | -68.22* | 122.10 | |
| **Net Pay** | **$1,310.25** | | |
| Savings Deposit | -1,310.25 | | |
| **Net Check** | **$0.00** | | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

O/T PREMIUM IS PAY FOR WORK PERFORMED DURING THE PERIOD STATED IN THE "CORRECTION" LINE

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

ACCRUAL BALANCES DISPLAYED MAY VARY SLIGHTLY FROM ACTUAL. PLEASE VIEW MYTIME FOR EXACT INFORMATION

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

© 2000 ADP, LLC

---

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000250562
Pay date: 06/15/2018

Deposited to the account of
RICARDO A SANCHEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5551 | xxxx xxxx | $1,310.25 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

```
CO.    FILE    DEPT    CLOCK   VCHR. NO.
VUS   027322  129904   2416    0000270442   1
```

Page 1 (Con't Next Page)   3214-0053

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement 

| | |
|---|---|
| Period Beginning: | 06/10/2018 |
| Period Ending: | 06/23/2018 |
| Pay Date: | 06/29/2018 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   0
  CA:        0

RICARDO A SANCHEZ
5800 HAMNER AVE SPC 468
EASTVALE CA 91752

Social Security Number:  XXX-XX-6499

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 80.00 | 980.00 | 5,225.85 |
| Overtime | 18.3750 | 5.05 | 92.79 | 1,281.83 |
| Shft Pay O/T@ | 0.7505 | 5.05 | 3.79 | 52.34 |
| Shft Pay @ | 0.5000 | 80.00 | 40.00 | 221.31 |
| Variable Comp | | | 125.86 | 246.70 |
| Holiday | | | | 98.00 |
| Holiday O/T | | | | 164.46 |
| Personal Time | | | | 98.00 |
| Shft Hol O/T@ | | | | 6.71 |
| **Gross Pay** | | | **$1,242.44** | 7,395.20 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,165.51

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.06 | 0.36 |
| Personal | 24.20 | |
| Reg Ot Dt Hrs | 85.05 | |
| Vacation | 9.30 | |
| Vcp % | 4.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.13 | 461.30 |
| | Social Security Tax | -75.35 | 451.77 |
| | Medicare Tax | -17.63 | 105.66 |
| | CA State Income Tax | -15.10 | 95.86 |
| | CA SUI/SDI Tax | -12.15 | 72.86 |
| | **Other** | | |
| | Pre-Tax Dental | -18.92* | 75.68 |
| | Pre-Tax Vision | -8.31* | 33.24 |
| | Slifee | -3.26 | 13.04 |
| | Supp Ad/D | -1.32 | 5.28 |
| | 401K | -49.70* | 171.80 |
| **Net Pay** | | **$968.57** | |
| | Savings Deposit | -968.57 | |
| **Net Check** | | **$0.00** | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

O/T PREMIUM IS PAY FOR WORK PERFORMED DURING THE PERIOD STATED IN THE "CORRECTION" LINE

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

ACCRUAL BALANCES DISPLAYED MAY VARY SLIGHTLY FROM ACTUAL. PLEASE VIEW MYTIME FOR EXACT INFORMATION

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

© 2000 ADP, LLC

---

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number:   00000270442
Pay date:        06/29/2018

Deposited to the account of
RICARDO A SANCHEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5551 | xxxx xxxx | $968.57 |

**THIS IS NOT A CHECK**

# NON-NEGOTIABLE

```
CO   FILE    DEPT    CLOCK    NUMBER
VUS  027322  129904  2416     0000270442  1
```

Page 2                              3214-0053

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

# Earnings Statement



Period Beginning:   06/10/2018
Period Ending:      06/23/2018
Pay Date:           06/29/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:   0
  CA:        0

RICARDO A SANCHEZ
5800 HAMNER AVE SPC 468
EASTVALE CA 91752

Social Security Number: XXX-XX-6499

**VARIABLE COMP CALC**
**PERIOD: MAY 2018**

| EARNINGS | HOURS  | RATE   | AMOUNT |
|----------|--------|--------|--------|
| REG      | 175.05 | 0.5100 | 89.28  |
| O/T      | 47.82  | 0.7650 | 36.58  |
| D/T      | 0.00   | 0.0000 | 0.00   |
| **TOTAL**|        |        | 125.86 |

© 2000 ADP, LLC

# CONTINUED FROM PRIOR PAGE
# YOUR VOUCHER IS PROVIDED ON PAGE 1

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO | FILE | DEPT | CLOCK | NUMBER | |
|---|---|---|---|---|---|
| VUS | 027322 | 129904 | 2416 | 00000290110 | 1 |

3044-0053

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

## Earnings Statement 

Period Beginning: 06/24/2018
Period Ending: 07/07/2018
Pay Date: 07/13/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  CA: 0

RICARDO A SANCHEZ
5800 HAMNER AVE SPC 468
EASTVALE CA 91752

Social Security Number: XXX-XX-6499

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 12.2500 | 72.00 | 882.00 | 6,107.85 |
| Overtime | 18.3750 | 3.50 | 64.31 | 1,346.14 |
| Holiday | 12.2500 | 8.00 | 98.00 | 196.00 |
| Holiday O/T | 18.3750 | 4.47 | 82.14 | 246.60 |
| Shft Hol O/T@ | 0.7494 | 4.47 | 3.35 | 10.06 |
| Shft Pay O/T@ | 0.7514 | 3.50 | 2.63 | 54.97 |
| Shift Pay @ | 0.5000 | 80.00 | 40.00 | 261.31 |
| Personal Time | | | | 98.00 |
| Variable Comp | | | | 246.70 |
| **Gross Pay** | | | **$1,172.43** | 8,567.63 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,098.30

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Groupterm Life | 0.06 | 0.42 |
| Personal | 27.90 | |
| Reg Ot Dt Hrs | 79.97 | |
| Vacation | 10.85 | |
| CZZ | | 0.42 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -65.41 | 526.71 |
| | Social Security Tax | -71.01 | 522.78 |
| | Medicare Tax | -16.60 | 122.26 |
| | CA State Income Tax | -13.62 | 109.48 |
| | CA SUI/SDI Tax | -11.45 | 84.31 |
| | **Other** | | |
| | Pre-Tax Dental | -18.92* | 94.60 |
| | Pre-Tax Vision | -8.31* | 41.55 |
| | Slifee | -3.26 | 16.30 |
| | Supp Ad/D | -1.32 | 6.60 |
| | 401K | -46.90* | 218.70 |
| **Net Pay** | | **$915.63** | |
| Savings Deposit | | -915.63 | |
| **Net Check** | | **$0.00** | |

### Important Notes
YOUR COMPANY PHONE NUMBER IS 888-892-7180

BASIS OF PAY: HOURLY

O/T PREMIUM IS PAY FOR WORK PERFORMED DURING THE PERIOD STATED IN THE "CORRECTION" LINE

@ THE SHIFT PAY RATE MAY NOT DISPLAY CONSISTENTLY DUE TO CALCULATION METHOD AND ROUNDING.

ACCRUAL BALANCES DISPLAYED MAY VARY SLIGHTLY FROM ACTUAL. PLEASE VIEW MYTIME FOR EXACT INFORMATION

LEGAL ADDR 410 TERRY AVE NORTH SEATTLE WA 98109

© 2000 ADP, LLC

---

GOLDEN STATE FC LLC
ATTN: AMAZON PAYROLL
202 WESTLAKE AVE N
SEATTLE, WA 98109

Advice number: 00000290110
Pay date: 07/13/2018

Deposited to the account of
RICARDO A SANCHEZ

| account number | transit ABA | amount |
|---|---|---|
| xxxxx5551 | xxxx xxxx | $915.63 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE